UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOSEPH E. LEWIS                                                      CIVIL ACTION

VERSUS                                                               NO. 14-1035

DAVID BAND, ATTORNEY AT LAW                                          SECTION "F"(1)

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

New Orleans, Louisiana, this  29th  day of _____May_____, 2014.

_____
UNITED STATES DISTRICT JUDGE